**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DURABOTICS, INC.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2456127** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1279 TRAPP ROAD STE 110**<br>**EAGAN, MN 55121**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Dakota**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **WWW.DURABOTICS.COM** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **DURABOTICS, INC.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3399

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor   **DURABOTICS, INC.**
_____   Case number (*if known*) _____
Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**     .   Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | | Case number (*if known*) |
|---|---|---|
| **DURABOTICS, INC.** | | |
| Name | | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **DURABOTICS, INC.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 26, 2023**
MM / DD / YYYY

**X /s/ RONALD F. JOST**
Signature of authorized representative of debtor

**RONALD F. JOST**
Printed name

Title    **PRESIDENT**

---

**18. Signature of attorney**

**X /s/ JOHN D. LAMEY III**
Signature of attorney for debtor

Date    **July 26, 2023**
MM / DD / YYYY

**JOHN D. LAMEY III 0312009**
Printed name

**LAMEY LAW FIRM, P.A.**
Firm name

**980 INWOOD AVE N**
**OAKDALE, MN 55128-7094**
Number, Street, City, State & ZIP Code

Contact phone    **651.209.3550**        Email address    **JLAMEY@LAMEYLAW.COM**

**0312009 MN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **DURABOTICS, INC.**

United States Bankruptcy Court for the:     DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 26, 2023**          *X* **/s/ RONALD F. JOST**
                                                              Signature of individual signing on behalf of debtor

                                                              **RONALD F. JOST**
                                                              Printed name

                                                              **PRESIDENT**
                                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **DURABOTICS, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................     $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................     $      **100,200.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................     $      **100,200.00**

---

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................     $      **2,357,313.81**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................     $      **16,965.07**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................     +$      **869,932.73**

4.   **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b     $      **3,244,211.61**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **DURABOTICS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | | |
|---|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **200.00** | - | **0.00** | = .... | **$200.00** |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$200.00** |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | **DURABOTICS, INC.** | Case number *(If known)* |
|---|---|---|
| | Name | |

�Yes Fill in the information below.

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** VARIOUS OFFICE EQUIPMENT AND FIXTURES MACHINERY TWO ROBOTS | $0.00 | Liquidation | $100,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | $100,000.00 |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Debtor | **DURABOTICS, INC.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** **WWW.DURABOTICS.COM** | Unknown | | Unknown |

| | |
|---|---|
| 62.   **Licenses, franchises, and royalties** | |
| 63.   **Customer lists, mailing lists, or other compilations** | |
| 64.   **Other intangibles, or intellectual property** | |
| 65.   **Goodwill** | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| _____ **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ■ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.

    ☐ Yes Fill in the information below.

Debtor    **DURABOTICS, INC.**                                  Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $200.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $100,200.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $100,200.00 |

| Fill in this information to identify the case: |
|---|

Debtor name **DURABOTICS, INC.**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value of collateral. |  |

**2.1   ALERUS FINANCIAL**
Creditor's Name

**PO BOX 6001**
**Grand Forks, ND 58206**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**ALL ASSETS**

Describe the lien
**UCC-1 FINANCING STATEMENT**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Unknown** | **$0.00** |
|---|---|

**2.2   ATIPANA CAPITAL LLC**
Creditor's Name

**43 W 23RD ST 2ND FLOOR**
**New York, NY 10010**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/03/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**ACCOUNTS RECEIVABLE**

Describe the lien
**UCC-1 FINANCING STATEMENT**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| **Unknown** | **$0.00** |
|---|---|

Debtor  **DURABOTICS, INC.**
_____   Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CHANNEL PARTNERS CAPITAL LLC** | | $151,619.00 | $0.00 |

Creditor's Name

**408 E MAIN ST BLD 300 STE 1**
**Marshall, MN 56258**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**ALL ASSETS**

Describe the lien
**UCC-1 FINANCING STATEMENT**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**08/03/2022**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **LUMINATE BANK** | | $2,000,000.00 | Unknown |

Creditor's Name

**5900 GREEN OAK DR. SUITE 100**
**MINNETONKA, MN 55343**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**BLANKET LIEN - ALL ASSETS**

Describe the lien
**UCC FINANCING STATEMENT**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**12/14/2020**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **TIM HEDLUND AND JACK RUTH** | | $55,694.81 | $100,000.00 |

Creditor's Name

**13250 KERRY LANE**
**Eden Prairie, MN 55346**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**VARIOUS OFFICE EQUIPMENT AND FIXTURES**
**MACHINERY**
**TWO ROBOTS**

Describe the lien

---

| Debtor | DURABOTICS, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**UCC-1 FINANCING STATEMENT**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**05/23/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **US SMALL BUSINESS ADMINISTRATION** | Describe debtor's property that is subject to a lien | $150,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **BLANKET LIEN** | | |

**ATTN DEFAULTS**
**2 NORTH ST STE 320**
**Birmingham, AL 35203**
Creditor's mailing address

**Describe the lien**
**UCC-1 FINANCING STATEMENT**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**07/05/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,357,313.81 |
|---|---|---|

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **TROY C KEPLER ESQ**<br>**408 E MAIN ST BLD 300 STE 1**<br>**Marshall, MN 56258** | Line  **2.3** | |
| **WINTHROP AND WEINSTINE**<br>**CYNTHIA HEGARTY ESQ**<br>**225 SOUTH SIXTH ST STE 3500**<br>**Minneapolis, MN 55402** | Line  **2.4** | |

**Fill in this information to identify the case:**

Debtor name   **DURABOTICS, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**ANDREW FINNEGAN**<br>**726 BRIDLE RIDGE ROAD**<br>**EAGAN, MN 55123** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,692.31 | $1,692.31 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**PRIORITY CLAIM (UNPAID PAID TIME OFF)** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**ANDREW VALL**<br>**14725 BURNELL PARK DRIVE**<br>**Burnsville, MN 55306** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,846.15 | $1,846.15 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**PRIORITY CLAIM (UNPAID PAID TIME OFF)** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| Debtor | DURABOTICS, INC. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**CHRISTINA THORNER**
**14809 OAKWOOD DRIVE**
**Burnsville, MN 55306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY CLAIM (BELIEVED TO BE ZERO)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,550.00 | $1,550.00 |
|---|---|---|---|---|

**COLBY CHASE**
**7525 POLK AVENUE**
**Waconia, MN 55387**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY CLAIM (UNPAID PAID TIME OFF)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |
|---|---|---|---|---|

**DAVID HER**
**8614 GREENE AVENUE S.**
**Cottage Grove, MN 55016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY CLAIM (UNPAID PAID TIME OFF)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,115.38 | $2,115.38 |
|---|---|---|---|---|

**ERIK PETERMAN**
**13813 FINDLAY AVENUE**
**APPLE VALLEY, MN 55124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY CLAIM (UNPAID PAID TIME OFF)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **DURABOTICS, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**IRS**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY TAXES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**JOHN OCHS**
**1160 TOWN CENTRE DR. APT 4**
**EAGAN, MN 55123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY CLAIM (BELIEVED TO BE ZERO)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,153.85 | $1,153.85 |
|---|---|---|---|---|

**JUSTIN BERG**
**126 21ST AVE. N**
**South Saint Paul, MN 55075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY CLAIM (UNPAID PAID TIME OFF)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,365.79 | $1,365.79 |
|---|---|---|---|---|

**LANG THAO**
**1238 JESSIE STREET**
**Saint Paul, MN 55130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY CLAIM (UNPAID PAID TIME OFF)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **DURABOTICS, INC.**                                              Case number *(if known)*
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,120.95 | $1,120.95 |
|------|---|---|---|---|

**LORI THOMPSON**
**1005 TRILLIUM COURT**
**EAGAN, MN 55123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY CLAIM (UNPAID PAID TIME OFF)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | | $0.00 | $0.00 |
|------|---|---|---|---|

**MINNESOTA DEPT OF REV**
**COLLECTION DIVISION**
**PO BOX 64564**
**Saint Paul, MN 55164-0564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY TAXES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | | $1,272.00 | $1,272.00 |
|------|---|---|---|---|

**RYAN DARST**
**454 7TH AVENUE SOUTH**
**South Saint Paul, MN 55075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY CLAIM (UNPAID PAID TIME OFF)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | | $2,692.31 | $2,692.31 |
|------|---|---|---|---|

**THEAN ANG**
**3172 NORTH VIEW LANE**
**WOODBURY, MN 55125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY CLAIM (UNPAID PAID TIME OFF)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | DURABOTICS, INC. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $956.33 | $956.33 |

**TOM ALESSI**
**1706 PIERCE ST. NE**
**Minneapolis, MN 55413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**PRIORITY CLAIM (UNPAID PAID TIME OFF)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,832.03 |

**AMERICAN EXPRESS**
**PO BOX 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.00 |

**AUTOMATION DIRECT**
**3505 HUTCHINSON RD.**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,312.30 |

**AUTOMATION, INC**
**4830 AZELIA AVE N**
**Minneapolis, MN 55429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**BRECOFLEX CO, LLC**
**222 INDUSTRIAL WAY WEST**
**Eatontown, NJ 07724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |

**BYRON JOST**
**4151 BOONE AVE. N #101**
**Minneapolis, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | DURABOTICS, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**C.H. ROBINSON COMPANY**
**PO BOX 9121**
**Minneapolis, MN 55480-9121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,739.00 |
|---|---|---|---|

**CHOICE BAGGING EQUIPMENT**
**4804 NORTH MAIN ST.**
**Taylor, TX 76574**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,405.00 |
|---|---|---|---|

**CMSI TECHNOLOGIES**
**11733 95H AVE. N**
**MAPLE GROVE, MN 55369**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.31 |
|---|---|---|---|

**COMCAST**
**CUSTOMER SERVICE DEPT**
**1500 MARKET ST**
**Philadelphia, PA 19102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,554.50 |
|---|---|---|---|

**CONVEYOR SOLUTIONS**
**5201 EDEN AVE. SUITE 300**
**Minneapolis, MN 55436**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,597.86 |
|---|---|---|---|

**CROWN PLASTICS**
**12615 16TH AVE N.**
**PLYMOUTH, MN 55441**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**DUKE SECURED FINANCING - UNM, LLC**
**75 REMITTANCE DR. SUITE 3205**
**Chicago, IL 60675**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **FORMER LANDLORD**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DURABOTICS, INC.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,250.00 |
|---|---|---|---|

**EGAN COMPANY**
**PO BOX 1150-27**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**EVOLVE SYSTEMS**
**2974 RICE ST.**
**Saint Paul, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,018.80 |
|---|---|---|---|

**FANCU AMERICA CORP**
**3900 WEST HAMLIN RD.**
**Rochester, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**FREIGHTQUOTE.COM**
**901 CARONDELET DRIVE WEST**
**Kansas City, MO 64114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,058.21 |
|---|---|---|---|

**HEALTH PARTNERS CLINIC**
**PO BOX 77026**
**Minneapolis, MN 55480-7726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,354.00 |
|---|---|---|---|

**HUBS - A PORTABLE COMPANY**
**3D HUBS MANUFACTURING LLC**
**DEPT CH 17597**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $522.20 |
|---|---|---|---|

**INDUSTRIAL KINETICS, INC**
**2535 CURTIS ST.**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | DURABOTICS, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,893.99 |
|---|---|---|---|

**JACK RUTH**
**13750 FLAGSTAFF AVE**
**APPLE VALLEY, MN 55124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**JOHN DUR FINANCIAL CONSULTING LLC**
**132 BAYCREST COURT #132**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,597.48 |
|---|---|---|---|

**JOULIN**
**2551 US HWY 70 SW**
**Hickory, NC 28602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,521.43 |
|---|---|---|---|

**JUSTIN OOI**
**OOI YU CHEN A-5-2, TROPICANA BAY**
**RESIDEN**
**PERSIARAN BAYAN INDAH**
**PENANG, MALAYSIA   11900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**KEVIN P. SMITH**
**3250 W 66TH ST. #242**
**EDINA, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,800.00 |
|---|---|---|---|

**KEYENCE CORP OF AMERICA**
**DEPT CH 17128**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,688.49 |
|---|---|---|---|

**LEGEND ADVANCE FUNDING II LLC**
**800 BRICKELL AVE SUITE 902**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | DURABOTICS, INC. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,179.19**

LLM PUBLICATIONS
PO BOX 25120
Portland, OR 97298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,548.00**

MACKUBIN AUTOMATION
2491 15TH ST. NW
NEW BRIGHTON, MN 55112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,414.25**

METROPOLITAN MECHANICAL
CONTRACTORS INC
121 S 8TH ST. SUITE 203
Minneapolis, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$812.00**

MIDWEST CRATING UNLIMITED
6805 20TH AVE. SOUTH SUITE 100
CENTERVILLE, MN 55038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

MILLIBAR
122 SOUTH STREET REAR
Hopkinton, MA 01748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,145.00**

MILLWOOD METALWORKS, INC
315 INDUSTRIAL
PO BOX 339
Freeport, MN 56331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

MMC CONTROLS
7450 FLYING CLOUD DRIVE
Eden Prairie, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UNSECURED__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DURABOTICS, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**NCS CREDIT**
**PO BOX 24101**
**Cleveland, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **COLLECTION**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,984.97 |
|---|---|---|---|

**NORDSON CORPORATION**
**PO BOX 802586**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,597.64 |
|---|---|---|---|

**NORTHAMCON, LLC**
**PO BOX 454**
**Alpena, MI 49707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PACIFIC RESOURCES GROUP**
**151 KALMUS DRIVE STE C-225**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **COLLECTION - MARTINEZ LAW**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.36 |
|---|---|---|---|

**PEPPERL+FUCHS**
**1600 ENTERPRISE PARKWAY**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,550.98 |
|---|---|---|---|

**POWERNATION**
**PO BOX 860314**
**Minneapolis, MN 55486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,818.67 |
|---|---|---|---|

**PROLOGIS, LP**
**1800 WAZEE ST. SUITE 500**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | DURABOTICS, INC. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.41** Nonpriority creditor's name and mailing address
QUALITY CONVEYORS
550 SPRIAL BLVD
Hastings, MN 55033

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ☐ No ☐ Yes

**$7,530.76**

---

**3.42** Nonpriority creditor's name and mailing address
RON JOST
652 136TH LN. NE
HAM LAKE, MN 55304

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.43** Nonpriority creditor's name and mailing address
SNO PAC FOODS INC
521 W ENTERPRISE DR
Caledonia, MN 55921

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ☐ No ☐ Yes

**$168,910.00**

---

**3.44** Nonpriority creditor's name and mailing address
STAUBIL CORPORATION - ROBOTICS DIVISION
PO BOX 189
Duncan, SC 29334

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ☐ No ☐ Yes

**$12,004.20**

---

**3.45** Nonpriority creditor's name and mailing address
TIGHE KRESS AND ORR CPAS
ATTN ACCOUNTS RECEIVALBE
2205 POINT BLVD STE 100
Elgin, IL 60123

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ☐ No ☐ Yes

**$49,433.00**

---

**3.46** Nonpriority creditor's name and mailing address
TIM HEDLUND
13250 KERRY LANE
Eden Prairie, MN 55346

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ☐ No ☐ Yes

**$24,467.65**

---

**3.47** Nonpriority creditor's name and mailing address
TRIANGLE WAREHOUSE
PO BOX 581669
Minneapolis, MN 55458

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ☑ No ☐ Yes

**$595.97**

---

| Debtor | **DURABOTICS, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,742.64** |
|---|---|---|---|

**US BANK EQUIPMENT FINANCE**
**1310 MADRID ST**
**Marshall, MN 56258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UNSECURED**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,465.00** |
|---|---|---|---|

**US SMALL BUSINESS ADMIN**
**MINNESOTA DISTRICT OFFICE**
**330 2nd AVE S STE 430**
**Minneapolis, MN 55401-2224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UNSECURED**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,757.65** |
|---|---|---|---|

**VAN METER**
**7450 95TH ST. S**
**Cottage Grove, MN 55016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UNSECURED**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**VIRTUS LAW PLLC**
**ATTN: TIM FAFINSKI**
**7040 LAKELAND AVE. SUITE 100**
**Minneapolis, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$446.55** |
|---|---|---|---|

**WELLS FARGO COORDINATED BUSINESS**
**PO BOX 10306**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UNSECUREED**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**WERNER ELECTRIC**
**1000 24TH AVE NW**
**Owatonna, MN 55060-1069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UNSECURED**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$472.00** |
|---|---|---|---|

**XCEL ENERGY**
**BANKRUPTCY DEPT**
**PO BOX 9477**
**Minneapolis, MN 55484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UNSECURED**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DURABOTICS, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,526.80 |
|---|---|---|---|

**XOMETRY**
**PO BOX 735303**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,474.85 |
|---|---|---|---|

**YNS FUNDING LLC**
**99 WALL STREET STE 2497**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,200.00 |
|---|---|---|---|

**ZETAGROUP**
**501 COUNTY RD. U**
**Wrightstown, WI 54180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ZZZ ADJUSTMENT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ESP RECEIVABLES MANAGMENT INC**<br>**PO BOX 1547**<br>**Mandeville, LA 70470** | Line  **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **LAW OFFICES OF ISAAC H GREENFIELD PLLC**<br>**ATTN ISSAC H GREENFIELD ESQ**<br>**2 EXECUTIVE BLVD STE 305**<br>**Suffern, NY 10901** | Line  **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **MARTINEZ LAW PA**<br>**CHRIS MARTINEZ ESQ**<br>**2525 PONCE DE LEON BLVD STE 300**<br>**CORAL GABLES, FL 33134** | Line  **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **TAFT STETTINUS & HOLLISTER LLP**<br>**ATTN PATRICK J LINDMARK**<br>**80 SOUTH EIGHT ST STE 2000**<br>**Minneapolis, MN 55402** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **DURABOTICS, INC.** | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **TIMOTHY W FAFINSKI CORPORATE COUNSEL PA 3411 BREI KESSEL RD INDEPENDENCE, MN 55359** | Line **3.16** ☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 16,965.07 |
| 5b. Total claims from Part 2 | 5b. + | $ | 869,932.73 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 886,897.80 |

**Fill in this information to identify the case:**

Debtor name    **DURABOTICS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **(1) RAISE 3D PRO3 PLUS CNC 3D PRINTER TOOLING TOOLING TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED OR ATTACHED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES AND (2) FANUC ROBODRILL A-D21MIB5 WITH CONTROL AND WELDER** | |
| State the term remaining | |
| List the contract number of any government contract _____ | **US BANK EQUIPMENT FINANCE**<br>**1310 MADRID ST**<br>**Marshall, MN 56258** |

**Fill in this information to identify the case:**

Debtor name  **DURABOTICS, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City    State    Zip Code | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City    State    Zip Code | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City    State    Zip Code | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City    State    Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name        **DURABOTICS, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   GROSS REVENUE | **$237,000.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   GROSS REVENUE | **$2,000,807.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   GROSS REVENUE | **$1,765,074.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | **IRS REFUND - EMPLOYEE RETENTION CREDIT** | **$359,422.04** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Debtor __DURABOTICS, INC._____ Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **JACK RUTH**<br>**13750 FLAGSTAFF AVE**<br>**APPLE VALLEY, MN 55124** | **JULY 21, 2023** | **$68,066.45** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **TIM HEDLUND**<br>**13250 KERRY LANE**<br>**Eden Prairie, MN 55346** | **JULY 21, 2023** | **$112,723.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **FORMER EMPLOYEES** | **JULY 5 & 6, 2023** | **$154,509.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __PAST DUE PAYROLL__ |
| 3.4. **IRS**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | **VARIOUS DATES** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __REMITTANCE OF PAYROLL TAXES__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

| Debtor | DURABOTICS, INC. | Case number *(if known)* | |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | EBF HOLDINGS LLC DBA EVEREST BUSINESS FUNDING V. DURABOTICS INC AND RONALD JOST | BREACH OF CONTRACT ET AL | SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF MONROE | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | CHANNEL PARTNERS CAPITAL LLC VS. DURABOTICS INC. AND RONALD JOST | BREACH OF CONTRACT ET AL | STATE OF MINNESOTA LYON COUNTY | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | YNS FUNDING LLC V. DURABOTICS INC AND RONALD JOST | BREACH OF CONTRACT ET AL | SUPREME COURT OF TEH STATE OF NEW YORK COUNTY OF NASSAU | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | LEGEND ADVANCE FUNDING II LLC V. DURABOTICS INC AND RON JOST<br>2023-010859-CA-01 | BREACH OF CONTRACT ET AL | CIRCUIT COURT - ELEVENTH JUDICIAL CIRCUI MIAMI-DADE COUNTY, FLORIDIA | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | BANK GARNISHMENT - INFORMATION TO BE PROVIDED TO THE TRUSTEE - AMOUNT TAKEN: $23,114.71 ON JUNE 14, 2023 | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

Debtor    **DURABOTICS, INC.**                                                     Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LAMEY LAW FIRM, P.A.**<br>**980 INWOOD AVE N**<br>**OAKDALE, MN 55128-7094** | **ATTORNEY FEES AND COURT COSTS TO PREPARE BANKRUPTCY AND POST-FILING WORK (AND PRE-FILING REPRESENTATION)** | **MARCH 2023 AND JUNE 2023** | **$8,000.00** |
| | **Email or website address**<br>**JLAMEY@LAMEYLAW.COM** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any payments or transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **MEREEN JOHNSON**<br>**5201 EAST RIVER ROAD STE 301**<br>**Minneapolis, MN 55421** | **SOLD VARIOUS LAPTOPS AND EQUIPMENT** | **APRIL 2023** | **$6,500.00** |
| | **Relationship to debtor**<br>**NONE.** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **DURABOTICS, INC.** _____   Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **LUMINATE BANK 5900 GREEN OAK DR. SUITE 100 MINNETONKA, MN 55343** | **XXXX-3312** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **MAY 31, 2023** | **$0.00** |
| 18.2. | **BANK OF AMERICA PO BOX 982284 El Paso, TX 79998-2284** | **XXXX-7808** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **JULY 26, 2023** | **$0.00** |

Debtor    DURABOTICS, INC.                                                    Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.3. | US BANK BANKRUPTCY/RECOVERY DEPARTMENT PO BOX 5229 Cincinnati, OH 45201 | XXXX-0478 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | JULY 26, 2023 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **DURABOTICS, INC.** _____    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **ROBERT B LEWIS CPA**<br>**6500 STAUDER CIRCLE**<br>**EDINA, MN 55436** | **LAST 2+ YEARS** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor    **DURABOTICS, INC.**                                    Case number *(if known)*

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JACK RUTH | 13750 FLAGSTAFF AVE EAGAN, MN 55124 | PRESIDENT | 19.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| TIMOTHY HEDLUND | 13250 KERRY LANE EDEN PRAIRIE, MN 55346 | VICE PRESIDENT (RESIGNED FROM OFFICER POSITION SPRING 2023) | 13.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RONALD JOST | 652 136TH LANE NE Andover, MN 55304 | CEO | 55.00% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JUDITH RUTH | 13750 FLAGSTAFF AVE Saint Paul, MN 55124 | NONE. | 12.50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **DURABOTICS, INC.** _____    Case number *(if known)* _____

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**July 26, 2023**___

**/s/ RONALD F. JOST** _____    **RONALD F. JOST** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **PRESIDENT** _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
## District of Minnesota

In re   **DURABOTICS, INC.**

Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept  ............................ $  **7,662.00**
Prior to the filing of this statement I have received  .............. $  **7,662.00**
Balance Due  ........................................................................ $  **0.00**

2.    The source of the compensation paid to me was:
  ■    Debtor          ☐    Other (specify)

3.    The source of the compensation to be paid to me is:
  ■    Debtor          ☐    Other (specify)

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   **a.**. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   **b.**. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   **c.**. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   **d.**. Representation of the debtor in contested bankruptcy matters; and

   **e.**. Other services reasonably necessary to represent the debtor(s).

6.   Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

LOCAL FORM 1007-1
REVISED 06/16

# CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: __July 26, 2023_____

Signature of Attorney
**/s/ JOHN D. LAMEY III**
**JOHN D. LAMEY III 0312009**

# United States Bankruptcy Court
### District of Minnesota

In re    **DURABOTICS, INC.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 26, 2023**

**/s/ RONALD F. JOST**
**RONALD F. JOST/PRESIDENT**
Signer/Title

ALERUS FINANCIAL
PO BOX 6001
GRAND FORKS ND 58206


AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998-1535


ANDREW FINNEGAN
726 BRIDLE RIDGE ROAD
EAGAN MN 55123


ANDREW VALL
14725 BURNELL PARK DRIVE
BURNSVILLE MN 55306


ATIPANA CAPITAL LLC
43 W 23RD ST 2ND FLOOR
NEW YORK NY 10010


AUTOMATION DIRECT
3505 HUTCHINSON RD.
CUMMING GA 30040


AUTOMATION, INC
4830 AZELIA AVE N
MINNEAPOLIS MN 55429


BRECOFLEX CO, LLC
222 INDUSTRIAL WAY WEST
EATONTOWN NJ 07724


BYRON JOST
4151 BOONE AVE. N #101
MINNEAPOLIS MN 55427

C.H. ROBINSON COMPANY
PO BOX 9121
MINNEAPOLIS MN 55480-9121


CHANNEL PARTNERS CAPITAL LLC
408 E MAIN ST BLD 300 STE 1
MARSHALL MN 56258


CHOICE BAGGING EQUIPMENT
4804 NORTH MAIN ST.
TAYLOR TX 76574


CHRISTINA THORNER
14809 OAKWOOD DRIVE
BURNSVILLE MN 55306


CMSI TECHNOLOGIES
11733 95H AVE. N
MAPLE GROVE MN 55369


COLBY CHASE
7525 POLK AVENUE
WACONIA MN 55387


COMCAST
CUSTOMER SERVICE DEPT
1500 MARKET ST
PHILADELPHIA PA 19102


CONVEYOR SOLUTIONS
5201 EDEN AVE. SUITE 300
MINNEAPOLIS MN 55436


CROWN PLASTICS
12615 16TH AVE N.
PLYMOUTH MN 55441

DAVID HER
8614 GREENE AVENUE S.
COTTAGE GROVE MN 55016


DUKE SECURED FINANCING - UNM, LLC
75 REMITTANCE DR. SUITE 3205
CHICAGO IL 60675


EGAN COMPANY
PO BOX 1150-27
MINNEAPOLIS MN 55480


ERIK PETERMAN
13813 FINDLAY AVENUE
APPLE VALLEY MN 55124


ESP RECEIVABLES MANAGMENT INC
PO BOX 1547
MANDEVILLE LA 70470


EVOLVE SYSTEMS
2974 RICE ST.
SAINT PAUL MN 55113


FANCU AMERICA CORP
3900 WEST HAMLIN RD.
ROCHESTER MI 48309


FREIGHTQUOTE.COM
901 CARONDELET DRIVE WEST
KANSAS CITY MO 64114


HEALTH PARTNERS CLINIC
PO BOX 77026
MINNEAPOLIS MN 55480-7726

HUBS - A PORTABLE COMPANY
3D HUBS MANUFACTURING LLC
DEPT CH 17597
PALATINE IL 60055


INDUSTRIAL KINETICS, INC
2535 CURTIS ST.
DOWNERS GROVE IL 60515


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JACK RUTH
13750 FLAGSTAFF AVE
APPLE VALLEY MN 55124


JOHN DUR FINANCIAL CONSULTING LLC
132 BAYCREST COURT #132
NEWPORT BEACH CA 92660


JOHN OCHS
1160 TOWN CENTRE DR. APT 4
EAGAN MN 55123


JOULIN
2551 US HWY 70 SW
HICKORY NC 28602


JUSTIN BERG
126 21ST AVE. N
SOUTH SAINT PAUL MN 55075


JUSTIN OOI
OOI YU CHEN A-5-2, TROPICANA BAY RESIDEN
PERSIARAN BAYAN INDAH
PENANG, MALAYSIA 11900

KEVIN P. SMITH
3250 W 66TH ST. #242
EDINA MN 55435


KEYENCE CORP OF AMERICA
DEPT CH 17128
PALATINE IL 60055


LANG THAO
1238 JESSIE STREET
SAINT PAUL MN 55130


LAW OFFICES OF ISAAC H GREENFIELD PLLC
ATTN ISSAC H GREENFIELD ESQ
2 EXECUTIVE BLVD STE 305
SUFFERN NY 10901


LEGEND ADVANCE FUNDING II LLC
800 BRICKELL AVE SUITE 902
MIAMI FL 33131


LLM PUBLICATIONS
PO BOX 25120
PORTLAND OR 97298


LORI THOMPSON
1005 TRILLIUM COURT
EAGAN MN 55123


LUMINATE BANK
5900 GREEN OAK DR. SUITE 100
MINNETONKA MN 55343


MACKUBIN AUTOMATION
2491 15TH ST. NW
NEW BRIGHTON MN 55112

MARTINEZ LAW PA
CHRIS MARTINEZ ESQ
2525 PONCE DE LEON BLVD STE 300
CORAL GABLES FL 33134


METROPOLITAN MECHANICAL CONTRACTORS INC
121 S 8TH ST. SUITE 203
MINNEAPOLIS MN 55402


MIDWEST CRATING UNLIMITED
6805 20TH AVE. SOUTH SUITE 100
CENTERVILLE MN 55038


MILLIBAR
122 SOUTH STREET REAR
HOPKINTON MA 01748


MILLWOOD METALWORKS, INC
315 INDUSTRIAL
PO BOX 339
FREEPORT MN 56331


MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564


MMC CONTROLS
7450 FLYING CLOUD DRIVE
EDEN PRAIRIE MN 55344


NCS CREDIT
PO BOX 24101
CLEVELAND OH 44124


NORDSON CORPORATION
PO BOX 802586
CHICAGO IL 60680

NORTHAMCON, LLC
PO BOX 454
ALPENA MI 49707


PACIFIC RESOURCES GROUP
151 KALMUS DRIVE STE C-225
COSTA MESA CA 92626


PEPPERL+FUCHS
1600 ENTERPRISE PARKWAY
TWINSBURG OH 44087


POWERNATION
PO BOX 860314
MINNEAPOLIS MN 55486


PROLOGIS, LP
1800 WAZEE ST. SUITE 500
DENVER CO 80202


QUALITY CONVEYORS
550 SPRIAL BLVD
HASTINGS MN 55033


RON JOST
652 136TH LN. NE
HAM LAKE MN 55304


RYAN DARST
454 7TH AVENUE SOUTH
SOUTH SAINT PAUL MN 55075


SNO PAC FOODS INC
521 W ENTERPRISE DR
CALEDONIA MN 55921

```
STAUBIL CORPORATION - ROBOTICS DIVISION
PO BOX 189
DUNCAN SC 29334


TAFT STETTINUS & HOLLISTER LLP
ATTN PATRICK J LINDMARK
80 SOUTH EIGHT ST STE 2000
MINNEAPOLIS MN 55402


THEAN ANG
3172 NORTH VIEW LANE
WOODBURY MN 55125


TIGHE KRESS AND ORR CPAS
ATTN ACCOUNTS RECEIVALBE
2205 POINT BLVD STE 100
ELGIN IL 60123


TIM HEDLUND
13250 KERRY LANE
EDEN PRAIRIE MN 55346


TIM HEDLUND AND JACK RUTH
13250 KERRY LANE
EDEN PRAIRIE MN 55346


TIMOTHY W FAFINSKI
CORPORATE COUNSEL PA
3411 BREI KESSEL RD
INDEPENDENCE MN 55359


TOM ALESSI
1706 PIERCE ST. NE
MINNEAPOLIS MN 55413


TRIANGLE WAREHOUSE
PO BOX 581669
MINNEAPOLIS MN 55458
```

TROY C KEPLER ESQ
408 E MAIN ST BLD 300 STE 1
MARSHALL MN 56258


US BANK EQUIPMENT FINANCE
1310 MADRID ST
MARSHALL MN 56258


US SMALL BUSINESS ADMIN
MINNESOTA DISTRICT OFFICE
330 2ND AVE S STE 430
MINNEAPOLIS MN 55401-2224


US SMALL BUSINESS ADMINISTRATION
ATTN DEFAULTS
2 NORTH ST STE 320
BIRMINGHAM AL 35203


VAN METER
7450 95TH ST. S
COTTAGE GROVE MN 55016


VIRTUS LAW PLLC
ATTN: TIM FAFINSKI
7040 LAKELAND AVE. SUITE 100
MINNEAPOLIS MN 55428


WELLS FARGO COORDINATED BUSINESS
PO BOX 10306
DES MOINES IA 50306


WERNER ELECTRIC
1000 24TH AVE NW
OWATONNA MN 55060-1069


WINTHROP AND WEINSTINE
CYNTHIA HEGARTY ESQ
225 SOUTH SIXTH ST STE 3500
MINNEAPOLIS MN 55402

```
XCEL ENERGY
BANKRUPTCY DEPT
PO BOX 9477
MINNEAPOLIS MN 55484


XOMETRY
PO BOX 735303
DALLAS TX 75373


YNS FUNDING LLC
99 WALL STREET STE 2497
NEW YORK NY 10005


ZETAGROUP
501 COUNTY RD. U
WRIGHTSTOWN WI 54180


ZZZ ADJUSTMENT
```